**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
NANCY GAGNON, Individually and on behalf
of all others similarly situated,

                                 Plaintiff,

        -against-

ALKERMES PLC, RICHARD F. POPS and
JAMES M. FRATES,

                        Defendants.
------------------------------------------------------------X

17 **CIVIL** 9178

## JUDGMENT

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 28, 2019, Defendants' motion to dismiss is

granted. The Complaint is dismissed with prejudice, as this Court previously informed the parties

during pre-motion proceedings that leave to replead would not be granted if Defendants

prevailed on this motion; accordingly, the case is closed.

**Dated:**  New York, New York
        March 28, 2019

                                   **RUBY J. KRAJICK**

                                   **Clerk of Court**

       **BY:**

                                   **Deputy Clerk**